■ In the Matter of MICHAEL MCNICHOLAS et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— In a special proceeding pursuant to CPLR 3102 (subd [c]), applicants appeal from an order of the Supreme Court, Kings County, entered May 9, 1966, which denied their application. Order affirmed, with one bill of $10 costs and disbursements to respondents jointly. On the record presented, Special Term properly exercised its discretion. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of ROBERTA SWERDLOFF, Appellant, v. MYRON WEIN- TRAUB, Respondent.— In a support proceeding, the petitioner appeals from an order of the Family Court, Kings County, entered May 19, 1966, which inter alia in effect denied her petition for an increase of support payments for the two children of the parties. Order modified, on the law and the facts, by striking therefrom the provision continuing the support direction of the extant support order and by substituting therefor a provision granting the petition to the extent of increasing support payments for the children from $25 a week to $35 a week. As so modified, order affirmed, without costs. In our opinion, the evidence was sufficient to show such change in the father's previous financial circumstances as to warrant an increase in support for the children to the extent indicated. Beldock, P. J., Ughetta, Christ, Rabin and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAIME PAGAN CRUZ, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered April 16, 1964, convicting him of murder in the first degree, upon a jury verdict, and sentencing him to life imprisonment. In accordance with our remission (25 A D 2d 442) to the trial court for further proceedings in accordance with People v. Huntley (15 N Y 2d 72), a hearing was had on April 11, 1966, at the conclusion of which the court (in an oral decision) found that appellant's admissions were voluntary. Judgment affirmed. Sufficient proof in addition to admissions was adduced to warrant conviction, namely, proof of incendiary origin, defendant's motive, his removal of couches to the place of origin of the fire, his consciousness of guilt and his absence from home during the fire. (See People v. Pincus, 6 A D 2d 826.) Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.